IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| WILLIAM HARRIS and TRUDY HARRIS,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC., et al.,<br><br>Defendants. | Case No. 3AN-05-14053 CI<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT** |

TO: Clerk of Court
Alaska Court System, Third Judicial District at Anchorage

AND TO: George T. Freeman, Esq.
1152 P Street
Anchorage, AK 99501
Tel: 907-274-8497
Fax: 907-274-8497

AND TO: Land Title Company of Alaska, Inc.
Attn: Joy Green-Armstrong, Vice President of
Escrow Operations and Counsel
3150 C Street, Suite 220
Anchorage, AK 99503
Tel: 907-563-5263
Fax: 907-561-4876

Please take notice that pursuant to the provisions of 28 U.S.C. §1446(d) the Notice of Removal, a copy of which is attached hereto as Exhibit A, effecting the removal for all purposes of the above-captioned action, Case No. 3AN-05-14053 CI, to the United States District Court for the District of Alaska at Anchorage from the Superior Court for the State of Alaska, Third Judicial District at Anchorage, was filed by defendant, Countrywide Home

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

EXHIBIT A
PAGE 1 OF 2

Loans, Inc., Countrywide Home Loans Servicing LP, CTC Real Estate Services, and Countrywide Financial Corporation, on February 17, 2006, with the Clerk of the United States District Court for the District of Alaska at Anchorage.

DATED this 17th day of February, 2006.

LANE POWELL LLC
Attorneys for Countrywide Defendants

By _____
Brewster H. Jamieson, ASBA 8411122
Andrea E. Girolamo-Welp, ASBA 0211044

I certify that on February 17, 2006, a copy of the foregoing was served by mail on:

George T. Freeman, Esq.
1152 P Street
Anchorage, AK 99501

Land Title Company of Alaska, Inc.
Attn: Joy Green-Armstrong, Vice President of Escrow Operations and Counsel
3150 C Street, Suite 220
Anchorage, AK 99503

_Jean Pree_

116589.0063/153475.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

EXHIBIT A
PAGE 2 OF 2

Notice of Removal To Federal Court
*William Harris, et al. v. Countrywide Home Loans, Inc., et al.* (Case No. 3AN-05-14053 CI)                    Page 2 of 2