Brewster H. Jamieson, Esq., ASBA 8411122
Andrea E. Girolamo-Welp, Esq., ASBA 0211044
LANE POWELL LLC
301 W. Northern Lights Blvd., Ste 301
Anchorage, AK 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
E-mail: jamiesonb@lanepowell.com
E-mail: girolamoa@lanepowell.com
Attorneys for Defendants, Countrywide Home Loans, Inc.,
Countrywide Home Loans Servicing LP, CTC Real Estate
Services, and Countrywide Financial Corporation.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| WILLIAM HARRIS and TRUDY HARRIS,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE HOME LOANS SERVICING LP, CTC REAL ESTATE SERVICES, COUNTRYWIDE FINANCIAL CORPORATION, and LAND TITLE COMPANY OF ALASKA, INC.,<br><br>Defendants. | Case No.<br><br><br><br>**LAND TITLE COMPANY OF ALASKA, INC.'S CONSENT TO REMOVAL** |
|---|---|

Defendant, Land Title Company of Alaska, Inc., consents to the removal of this action from the Superior Court for the State of Alaska, Third Judicial District, to this Court.

DATED this 17 day of February, 2006.

LAND TITLE COMPANY OF ALASKA, INC.
Defendant

By _____
Joy Green-Armstrong, Vice President of Escrow Operations and Counsel
Land Title Company of Alaska, Inc.
3150 C Street, Suite 220
Anchorage, AK 99503
Tel:  907-563-5263
Fax:  907-561-4876
E-mail: ja@landtitlealaska.com
Connecticut Bar No. 418232

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

**CERTIFICATE OF SERVICE**

I certify that on February _17_, 2006, a copy of the foregoing was served by facsimile and mail on:

George T. Freeman, Esq.
1152 P Street
Anchorage, AK 99501

Land Title Company of Alaska, Inc.
3150 C Street, Suite 220
Anchorage, AK 99503

_Jean Pree_

116589.0063/153671.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Land Title Company of Alaska, Inc.'s Consent To Removal**
*William Harris, et al. v. Countrywide Home Loans, Inc., et al.* (Case No. _____)   Page 2 of 2