Brewster H. Jamieson, ASBA No. 8411122
Andrea E. Girolamo-Welp, ASBA No. 0211044
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:   907-277-9511
Facsimile:   907-276-2631
Email:        jamiesonb@lanepowell.com
              girolamoa@lanepowell.com
Attorneys for Countrywide Home Loans, Inc.,
Countrywide Home Loans Servicing LP,
CTC Real Estate Services, and
Countrywide Financial Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| WILLIAM HARRIS and TRUDY HARRIS, Plaintiffs, v. COUNTRYWIDE HOME LOANS, INC., *et al.* Defendants. | Case No. 3:06-cv-00036-TMB **NOTICE OF FILING SERVICE LIST** |
|---|---|

COME NOW Defendants, Countrywide Home Loans, Inc., Countrywide Home Loans Servicing LP, CTC Real Estate Services, and Countrywide Financial Corporation (collectively "the Countrywide Defendants"), by and through counsel of record, Lane Powell LLC, and pursuant to the Court's Order of February 21, 2006 [Docket 4], file this Notice of Filing Service List. Counsel for the parties are as follows:

Plaintiffs

George T. Freeman, Esq.
1152 P Street
Anchorage, AK 99501
Telephone: 907-274-8497
Facsimile: 907-274-8497
E-mail:
ASBA No. 7806039
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Defendants:  Countrywide Home Loans, Inc., Countrywide Home Loans Servicing LP, CTC Real Estate Services, and Countrywide Financial Corporation

Brewster H. Jamieson, Esq.
LANE POWELL LLC
301 W. Northern Lights Blvd., Ste 301
Anchorage, AK 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
E-mail: jamiesonb@lanepowell.com
ASBA No. 8411122

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

Gretchen M. Nelson, Esq.
Kreindler & Kreindler
707 Wilshire Blvd., Suite 5070
Los Angeles, CA 90017
Telephone: 213-622-6469
Facsimile: 213-622-6019
E-mail: gnelson@kreindler.com
California Bar No. 112566

Andrea E. Girolamo-Welp, Esq.
LANE POWELL LLC
301 W. Northern Lights Blvd., Ste 301
Anchorage, AK 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
E-mail: girolamoa@lanepowell.com
ASBA No. 0211044

<u>Defendant</u>:  Land Title Company of Alaska, Inc.

Joy Green-Armstrong, Esq.
Vice President of Escrow Operations and Counsel
Land Title Company of Alaska, Inc.
3150 C Street, Suite 200
Anchorage, AK 99503-3979
Telephone: 907-563-5263
Facsimile: 907-561-4876
E-mail: ja@landtitlealaska.com
Connecticut Bar No. 418232

DATED: February 27, 2006.

LANE POWELL LLC
Attorneys for the Countrywide Defendants

By  s/ Brewster H. Jamieson
   Brewster H. Jamieson,
   301 West Northern Lights Boulevard, Suite 301
   Anchorage, Alaska 99503-2648
   Telephone: 907-277-9511
   Facsimile:  907-276-2631
   Email: jamiesonb@lanepowell.com
   ASBA No. 8411122

I certify that on February 27, 2006, a copy
of the foregoing was served electronically on:

George T. Freeman Esq.
1152 P Street
Anchorage, Alaska 99501-4278

Joy Green-Armstrong, Esq.
Vice President of Escrow Operations and Counsel
Land Title Company of Alaska, Inc.
3150 C Street, Suite 200
Anchorage, Alaska 99503-3979

/s/ Brewster H. Jamieson
116589.0063/153785.1