Brewster H. Jamieson, ASBA No. 8411122
Andrea E. Girolamo-Welp, ASBA No. 0211044
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email:        jamiesonb@lanepowell.com
              girolamoa@lanepowell.com
Attorneys for Countrywide Home Loans, Inc.,
Countrywide Home Loans Servicing LP,
CTC Real Estate Services, and
Countrywide Financial Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WILLIAM HARRIS and TRUDY HARRIS,<br><br>                    Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC., *et al.*<br><br>                    Defendants. | Case No. 3:06-cv-00036-TMB<br><br>**NOTICE OF FILING STATE<br>COURT RECORD** |

COME NOW Defendants, Countrywide Home Loans, Inc., Countrywide Home Loans Servicing LP, CTC Real Estate Services, and Countrywide Financial Corporation (collectively "the Countrywide Defendants"), by and through counsel of record, Lane Powell LLC, and pursuant to the Court's Order of February 21, 2006 [Docket 4), attaches hereto a full and complete copy of the State Court's file in *William J. Harris, et al. v. Countrywide Home Loans, Inc., et al.*, Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-05-14053 CI:

A.   Plaintiffs       Class Action Complaint dated December 15, 2005

B.   Plaintiffs       Counsel of Record

C.   Plaintiffs       Case Description Form – Superior Court

D.   Court            Summons and Notice To Both Parties of Judicial Assignment
                      issued 12/15/05 with Return of Service dated 12/15/05 (to
                      Countrywide Home Loans, Inc.)

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

| | | |
|---|---|---|
| E. | Court | Summons and Notice To Both Parties of Judicial Assignment issued 12/15/05 with Return of Service dated 12/15/05 (to Countrywide Home Loans Servicing LP.) |
| F. | Court | Summons and Notice To Both Parties of Judicial Assignment issued 12/15/05 with Return of Service dated 12/15/05 (to Countrywide Financial Corporation.) |
| G. | Court | Summons and Notice To Both Parties of Judicial Assignment issued 12/15/05 with Return of Service dated 12/15/05 (to Land Title Company of Alaska, Inc.) |
| H. | Court | Summons and Notice To Both Parties of Judicial Assignment issued 12/15/05 with Return of Service dated 12/15/05 (to CTC Real Estate Services) |
| I. | Plaintiffs | Rule 81(a)(2) Motion For Permit Attorney To Participate Pro Hac Vice In Action dated December 15, 2006, with Attachments 1 and 2 |
| J. | Court | Order Granting Rule 81(a)(2) Motion To Permit Attorney To Participate Pro Hac Vice In Action dated January 3, 2006 (with copy of envelope to Alaska Bar Association) |
| K. | Defendants | Notice of Removal To Federal Court (with attachment) |

DATED: February 27, 2006

LANE POWELL LLC
Attorneys for the Countrywide Defendants

By  s/ Brewster H. Jamieson
    Brewster H. Jamieson,
    301 West Northern Lights Boulevard, Suite 301
    Anchorage, Alaska 99503-2648
    Telephone: 907-277-9511
    Facsimile: 907-276-2631
    Email: jamiesonb@lanepowell.com
    ASBA No. 8411122

I certify that on February 27, 2006, a copy of the foregoing was served electronically on:

George T. Freeman Esq.
1152 P Street
Anchorage, Alaska 99501-4278

Joy Green-Armstrong, Esq.
Vice President of Escrow Operations and Counsel
Land Title Company of Alaska, Inc.
3150 C Street, Suite 200
Anchorage, Alaska 99503-3979

/s/ Brewster H. Jamieson

116589.0063/153782.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Notice of Filing State Court Record**
*William Harris, et al. v. Countrywide Home Loans, Inc., et al.* (Case No. 3:06-cv-00036-TMB)    Page 2 of 2