COUNSEL OF RECORD

CASE NO. 3AN-05-14053CI                                    KEEP ON TOP OF FILE

| NAME | MAILING ADDRESS & PHONE NUMBER | FOR WHOM |
|---|---|---|
| George T. Freeman | 907-274-8497<br>1152 P Street, Anchorage, AK 99501 | Plaintiffs |
| Gretchen Nelson | 213-622-6469<br>707 Wilshire Blvd, Ste 5070, Los Angeles, CA 90017 | Plaintiffs |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

EXHIBIT B
PAGE 1 OF 1

TF-900 (3/00)(5 ½ X 8 ½)(canary cdsk)