Case Number: JAN-05-14053 CI

Check the box that best describes the case. Mark **one** box only. For district court cases, use form CIV-125D.

## SUPERIOR COURT MATTERS

### CIVIL – SUPERIOR COURT

**CONTRACT** – *Contract cases involving real property should be reported under the real property category.*
- ☐ Debt Collection (CISDEB)
- ☐ Claim Against Seller of Goods/Services (CISCLAIM)
- ☐ Employment Dispute (CISEMP)
- ☐ Other Contract (CISOCT)

**TORT**
- ☐ Intentional Tort (e.g., assault, battery, vandalism) (CISIT)
- ☐ Slander/Libel/Defamation (CISSLD)
- ☐ Product Liability (CISPL)
- ☐ Wrongful Death (CISPID)

Automobile Negligence:
- ☐ Personal Injury Only (CISPIA)
- ☐ Property Damage Only (CISPDA)
- ☐ Both (CISIDA)

Other Negligence:
- ☐ Personal Injury Only (CISPIO)
- ☐ Property Damage Only (CISPDO)
- ☐ Both (CISIDO)

**MALPRACTICE**
- ☐ Legal Malpractice (CISLMP)
- ☐ Medical Malpractice (CISMMP)
- ☐ Other Malpractice (CISOMP)

**REAL PROPERTY**
- ☐ Foreclosure (CISFOR)
- ☐ Condemnation (CISCNDM)
- ☐ Real Property Action (CISREM)

**OTHER CIVIL**
- ☐ Arbitration Proceeding (CISAP)
- ☐ Confession of Judgment (CISCCONF)
- ☐ Declaratory Judgment/Injunc. Relief (CISINJ)
- ☐ OSC Request – Admin Agency (CIOSC)
- ☐ Civil Bench Warrant Request – Admin Agency (CIBW)
- ☐ Writ of Habeas Corpus (CIWHC)
- ☐ Election Contest or Recount Appeal (CISELE)
- ☒ Other Civil Complaint (CISOCI). Describe: Class Action

### FORCIBLE ENTRY AND DETAINER – SUPERIOR COURT
- ☐ Eviction – F.E.D. (CISFED)

### FOREIGN JUDGMENT – SUPERIOR COURT
- ☐ Registration of Foreign Judgment (CISFOJ)

### POST-CONVICTION RELIEF TO SUPERIOR COURT
- ☐ Post-Conviction Relief (CISPCR)

## DOMESTIC RELATIONS

### DIVORCE WITHOUT CHILDREN
- ☐ Divorce Without Children (CISDIV)

### DIVORCE OR CUSTODY WITH CHILDREN
- ☐ Petition for Custody (CISCUS)
- ☐ Divorce With Children (CISDVC)

### LEGAL SEPARATION
- ☐ Legal Separation With Children (CICLS)
- ☐ Legal Separation Without Children (CISLS)

### DOMESTIC RELATIONS OTHER
- ☐ Ex Parte Application for OSC for Failure to Comply with Admin Order for Genetic Testing (CIOSCP)
- ☐ Action to Modify or Enforce Administrative Child Support Order (CIPCS)
- ☐ Petition for Order re: PFD or Native Dividend (CIPND)
- ☐ Establishment of Paternity (CISPAT)
- ☐ Disestablishment of Paternity (CIDPAT)
- ☐ Foreign Custody Order (Registration, Modification or Enforcement) (DR483)
- ☐ Foreign Support Order (Registration, Modification or Enforcement) (CIUIFSA)
- ☐ Registration of Foreign Domestic Relations Order (Not Support or Custody) (CIDRFJ)
- ☐ Petition for Annulment (CIANNUL)
- ☐ Petition for Visitation (CIVIS)

EXHIBIT _C_
PAGE _1_ OF _1_

CIV-125S (CourtView version) (3/05)(cs duplex)
CASE DESCRIPTION FORM – SUPERIOR COURT

Page 1 of 2