IN THE ~~DISTRICT~~/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

)
)
William Harris and Trudy Harris )
          Plaintiff(s), )
vs. )
)
)
Countrywide Home Loans, Inc., et al. )   CASE NO. 3AN-05- 14063CI
          Defendant(s). )

**SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT**

To Defendant: Countrywide Home Loans, Inc.

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, George T. Freeman, whose address is: 1152 P Street, Anchorage, Alaska 99501.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[X] This case has been assigned to Superior Court Judge Stowers
and Master _____.

[ ] This case has been assigned to District Court Judge _____.

CLERK OF COURT

15 Dec 05
Date

By: _____
Deputy Clerk

I certify that on 15 Dec 05 a copy of this Summons was [ ] mailed [✓] given to
[ ] plaintiff [✓] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 ANCH (9/02)(st.3)
SUMMONS

EXHIBIT D
PAGE 1 OF 1

Civil Rules 4, 5, 12, 42(c), 55