IN THE ~~~~~~~~~~  AT ANCHORAGE

William Harris and Trudy Harris )
_____ )
           Plaintiff(s),            )
vs.                                 )
                                    )
Countrywide Home Loans, Inc. et al., ) CASE NO. 3AN- 05-14053 CI
_____ )
           Defendant(s).            )

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: __Countrywide Home Loans Servicing LP__

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, __George T. Freeman__, whose address is: __1152 P Street, Anchorage, Alaska 99501__.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[xx] This case has been assigned to Superior Court Judge __Stowers__
     and Master _____.

[ ] This case has been assigned to District Court Judge _____.

CLERK OF COURT

__15 Dec 05__
    Date

By: _____
         Deputy Clerk

I certify that on __15 Dec 05__ a copy of this Summons was [ ] mailed [✓] given to
[ ] plaintiff [✓] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order    [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 ANCH (9/02)(st.3)        EXHIBIT __E__
SUMMONS                          PAGE __1__ OF __1__        Civil Rules 4, 5, 12, 42(c), 55