IN THE ~~XXXXXXXX~~ _____
AT ANCHORAGE

William Harris and Trudy Harris  )
_____ )
         Plaintiff(s),  )
vs.  )
  )
  )
Countrywide Home Loans, Inc., et al.,  )  CASE NO. 3AN- 05-14053 CI
_____ )
         Defendant(s).  )

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: __Countrywide Financial Corporation__

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, __George T. Freeman__, whose address is: __1152 P Street, Anchorage, Alaska 99501__.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[X] This case has been assigned to Superior Court Judge __Stowers__
and Master _____.

[ ] This case has been assigned to District Court Judge _____.

CLERK OF COURT

__15Dec05__                         By: _____
Date                                       Deputy Clerk

I certify that on __15Dec05__ a copy of this Summons was  [ ] mailed  [✓] given to
[ ] plaintiff  [✓] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order  [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 ANCH (9/02)(st.3)            EXHIBIT __F__            Civil Rules 4, 5, 12, 42(c), 55
SUMMONS                               PAGE _1_ OF _1_