IN THE ~~XXXXXXXXXXX~~ AT ANCHORAGE

William Harris and Trudy Harris )
_____ )
                 Plaintiff(s),  )
vs.                             )
                                )
Countrywide Home Loans, Inc, et al., )
_____ )  CASE NO. 3AN- 05-14053 CI
                 Defendant(s). )
                                )
                                   SUMMONS
                                      AND
                             NOTICE TO BOTH PARTIES
                             OF JUDICIAL ASSIGNMENT

To Defendant: Land Title Company of Alaska, Inc.

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, George T. Freeman, whose address is: 1152 P Street, Anchorage, Alaska 99501.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[xx] This case has been assigned to Superior Court Judge Stowers
     and Master _____.

[ ] This case has been assigned to District Court Judge _____.

CLERK OF COURT

15Dec05                By: _____
Date                        Deputy Clerk

I certify that on  15Dec05  a copy of this Summons was  [ ] mailed  [✓] given to
[ ] plaintiff  [✓] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order    [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 ANCH (9/02)(st.3)         EXHIBIT  G          Civil Rules 4, 5, 12, 42(c), 55
SUMMONS                           PAGE  1  OF  1