IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT

| | |
|---|---|
| WILLIAM J. HARRIS and TRUDY A. HARRIS, on behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE HOME LOANS SERVICING LP, CTC REAL ESTATE SERVICES, COUNTRYWIDE FINANCIAL CORPORATION, and LAND TITLE COMPANY OF ALASKA, INC.<br><br>Defendants. | Case No. 3AN-05-_14053_ CI |

### RULE 81(a)(2) MOTION FOR PERMIT ATTORNEY TO PARTICIPATE PRO HAC VICE IN ACTION

WILLIAM J. HARRIS and TRUDY A. HARRIS' attorney of record George T. Freeman hereby moves pursuant to Alaska Civil Rule 81(a)(2) for an order permitting out-of-state attorney Gretchen M. Nelson of Kreindler & Kreindler, 707 Wilshire Boulevard, Suite 5070, Los Angeles, California 90017, 213-622-6019 to appear and participate in this action on behalf of plaintiffs.

George T. Freeman is a member of the Alaska Bar Association and consents to this motion. This motion attaches a Rule 81(b)(2)(C) certificate of the State Bar of California where Gretchen M. Nelson has been admitted to practice that is executed not

George T. Freeman
ATTORNEY AT LAW
1152 P STREET
ANCHORAGE, ALASKA 99501
(907) 274-8497

EXHIBIT _I_
PAGE _1_ OF _2_



earlier than 60 days before this motion at Attachment 1. This motion attaches the Rule 81(b)(2)(D) proof of payment of the required fee to the Alaska Bar Association at Attachment 2.

George T. Freeman certifies that he served this motion on the Alaska Bar Association as required by Rule 81(b)(2).

George T. Freeman requests that the Court direct pursuant to Alaska Civil Rule 5(c) that this motion does not have to be served on the defendants in this action at this time because this motion is being filed with the filing of the class action complaint and the complaint has not been served on the defendants in this action. As the Order provides, Plaintiffs will serve this motion and the order on the attorneys that file appearances for the defendants and any objections to the pro hac vice motion can be submitted at that time.

DATED this 15th day of December 2005.

GEORGE T. FREEMAN
Attorney for Plaintiffs

By: _____
George T. Freeman
Alaska Bar No. 7806039

CERTIFICATE OF SERVICE

This is to certify that on this 15th day
of December 2005, the foregoing document
was mailed to the following:

Alaska Bar Association
510 L Street, Suite 602
Anchorage, Alaska 99501

_____
George T. Freeman

George T. Freeman
ATTORNEY AT LAW
1152 P STREET
ANCHORAGE, ALASKA 99501
(907) 274-8497

Rule 81(b)(2) Pro Hac Vice Motion          2
Re Gretchen M. Nelson

EXHIBIT  I
PAGE  2  OF  2



**STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

December 9, 2005

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, GRETCHEN MARIA NELSON was admitted to the practice of law in this state by the Supreme Court of California on January 11, 1984; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*[signature]*

Waffa N. Salfiti
Custodian of Membership Records

ATTACHMENT / Page / of /

**ALASKA BAR ASSOCIATION**
P.O. Box 100279   (907) 272-7469
Anchorage, Alaska 99510-0279

| Customer's Order No. | Phone No. | Date 12/1/05 |
|---|---|---|

Sold to: George T Freeman
Address: 1152 D Street
City: Anch AK 99501

| Qty | Description | Price | Amount |
|---|---|---|---|
|  | Rule 81 |  | 550 00 |
|  | Gretchen Nelson Assoc/w |  |  |
|  | George Freeman #7806039 |  |  |
|  | Case # |  |  |
|  | Ck #2616 |  |  |
|  | Dec 2005 |  |  |
|  |  | Tax |  |
| Rec'd By (CP) |  | Total | 550 00 |

026211   Thank You!

Item# G3R
©Executive Greetings, Inc., 1989
Printed in U.S.A.

ATTACHMENT 2  Page 1 of 1