☐ Other Superior Court Petition (CISPET). Describe:

SUPERIOR COURT MISCELLANEOUS PETITION

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT

WILLIAM J. HARRIS and TRUDY A. HARRIS, on behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

vs.

COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE HOME LOANS SERVICING LP, CTC REAL ESTATE SERVICES, COUNTRYWIDE FINANCIAL CORPORATION, and LAND TITLE COMPANY OF ALASKA, INC.

Defendants.

Case No. 3AN-05-_14053_ CI

### ORDER GRANTING RULE 81(a)(2) MOTION TO PERMIT ATTORNEY TO PARTICIPATE PRO HAC VICE IN ACTION

After considering the motion of WILLIAM J. HARRIS and TRUDY A. HARRIS' attorney of record George T. Freeman pursuant to Alaska Civil Rule 81(a)(2) for an order permitting out-of-state attorney Gretchen M. Nelson of Kreindler & Kreindler, 707 Wilshire Boulevard, Suite 5070, Los Angeles, California 90017, 213-622-6019 to appear and participate in this action on behalf of plaintiffs, the Court grants the motion and orders that Gretchen M. Nelson be allowed to appear pro hac vice until the conclusion of the case.

George T. Freeman
ATTORNEY AT LAW
1152 P STREET
ANCHORAGE, ALASKA 99501
(907) 274-8497

DEC 1 5 2005

EXHIBIT __J__
PAGE __1__ OF __3__

The Court further directs pursuant to Alaska Civil Rule 5(c) that the motion does not have to be served on the defendants in this action because this motion was filed with the filing of the class action complaint and the complaint has not been served on the defendants in this action. After service of the complaint and the entry of appearance(s) by attorney(s) for the defendants, plaintiffs shall serve a copy of the motion and this order on the attorney(s) for the defendants. The defendants may then elect to submit an opposition to the pro hac vice motion and any objection will then be considered by the Court.

IT IS SO ORDERED.

DATED this 3 of January, 2006.

By: _____
Superior Court Judge
CRAIG F. S[...]
Superior Court Judge

1-4-06
Copy of the above was mailed to each of the following at their addresses of record: Freeman / AK Bar
_____
Secretary/Deputy Clerk

CERTIFICATE OF SERVICE

This is to certify that on this 15th day of December 2005, the foregoing document was mailed to the following:

Alaska Bar Association
510 L Street, Suite 602
Anchorage, Alaska 99501

_____
George T. Freeman

George T. Freeman
ATTORNEY AT LAW
1152 P STREET
ANCHORAGE, ALASKA 99501
(907) 274-8497

Order Granting Rule 81(b)(2) Pro Hac Vice Motion    2
Re Gretchen M. Nelson

EXHIBIT __J__
PAGE _2_ OF _3_

**Returned Mail/Received in Civil**

Date 1-12-06   Case No. 3AN-05-14053 CI

Description Order Denying Rule 81(a)(2) Motion   Party Plaintiff

ANCHORAGE TRIAL COURTS
ALASKA COURT SYSTEM
825 W. 4TH AVENUE
ANCHORAGE, AK 99501-2004

[postmark: UNITED STATES POSTAL SERVICE, MAILED FROM ZIP CODE 99503, JAN 04 2006]

ALASKA BAR ASSOCIATION
510 L STREET, SUITE 602
ANCHORAGE, ALASKA 99501

NIXIE       995   01           DD  01/05/06
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 99501200425           *1072-07876-04-37

Re-Mailed Yes ✓   No ___   Date 1-12-06
                               1/17/06

AK Bar Assoc
PO Box 100279
A/A 99510

EXHIBIT  J
PAGE  3  OF  3