Brewster H. Jamieson, ASBA No. 8411122
Andrea E. Girolamo-Welp, ASBA No. 0211044
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
girolamoa@lanepowell.com
Attorneys for Countrywide Home Loans, Inc.,
Countrywide Home Loans Servicing LP,
CTC Real Estate Services, and
Countrywide Financial Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WILLIAM HARRIS and TRUDY HARRIS,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC., *et al.*<br><br>Defendants. | Case No. 3:06-cv-00036-TMB<br><br>**NOTICE OF COMPLIANCE RE ORDER DATED FEBRUARY 21, 2006 (DOCKET NO. 4)** |

COME NOW Defendants, Countrywide Home Loans, Inc., Countrywide Home Loans Servicing LP, CTC Real Estate Services, and Countrywide Financial Corporation (collectively "the Countrywide Defendants"), by and through counsel of record, Lane Powell LLC, and provide notice to the court and parties that said defendants have complied with the Court's Order To Petitioner Subsequent To Removal dated February 21, 2006 (Docket No. 4).

The Notice of Filing State Court Record and Notice of Filing Service List were filed February 27, 2006.

DATED: February 27, 2006.

        LANE POWELL LLC
Attorneys for the Countrywide Defendants

By  /s/ Brewster H. Jamieson
   Brewster H. Jamieson,
   301 West Northern Lights Boulevard, Suite 301
   Anchorage, Alaska  99503-2648
   Telephone: 907-277-9511
   Facsimile:  907-276-2631
   Email: jamiesonb@lanepowell.com
   ASBA No. 8411122

I certify that on February 27, 2006, a copy of the foregoing was served electronically on:

George T. Freeman Esq.
1152 P Street
Anchorage, Alaska 99501-4278

Joy Green-Armstrong, Esq.
Vice President of Escrow Operations and Counsel
Land Title Company of Alaska, Inc.
3150 C Street, Suite 200
Anchorage, Alaska 99503-3979

/s/ Brewster H. Jamieson

116589.0063/153794.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631