Brewster H. Jamieson, Esq., ASBA 8411122
Andrea E. Girolamo-Welp, Esq., ASBA 0211044
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, AK 99503-2648
Tel:    907-277-9511
Fax:    907-276-2631
E-mail:  jamiesonb@lanepowell.com
E-mail:  girolamoa@lanepowell.com
Attorneys for Defendants, Countrywide Home Loans, Inc.,
Countrywide Home Loans Servicing LP, CTC Real Estate
Services, and Countrywide Financial Corporation.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM HARRIS and TRUDY HARRIS,<br><br>               Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC.,<br>COUNTRYWIDE HOME LOANS SERVICING<br>LP, CTC REAL ESTATE SERVICES,<br>COUNTRYWIDE FINANCIAL<br>CORPORATION, and LAND TITLE<br>COMPANY OF ALASKA, INC.,<br><br>               Defendants | Case No. 3:06-cv-00036-TMB<br><br><br>**ANSWER OF COUNTRYWIDE HOME<br>LOANS, INC., COUNTRYWIDE HOME<br>LOANS SERVICING LP, CTC REAL<br>ESTATE SERVICES, AND<br>COUNTRYWIDE FINANCIAL<br>CORPORATION** |

Defendants, Countrywide Home Loans, Inc.; Countrywide Home Loans Servicing LP; CTC

Real Estate Services; and Countrywide Financial Corporation (collectively, "the Countrywide

Defendants"), submit this answer to the allegations in Plaintiffs' Complaint.

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

## RESPONSES TO SPECIFIC ALLEGATIONS OF THE COMPLAINT

### <u>Nature Of The Case</u>

The Countrywide Defendants respond to the specific allegations of Plaintiffs' Complaint as follows. All allegations not specifically admitted below are hereby denied.

1. The allegations of the first paragraph of the Complaint constitute characterizations of the lawsuit and/or conclusions of law as to which no answer is required. Insofar as an answer is required, the Countrywide Defendants deny that this action involves the unlawful collection and receipt of prepayment penalties.

2. The allegations of the second paragraph of the Complaint constitute conclusions of law as to which no answer is required. Insofar as an answer is required, the Countrywide Defendants deny that AS 45.45.010(g) was applicable to Plaintiffs' loan contract with Countrywide Home Loans, Inc.

3. The allegations of the third paragraph of the Complaint constitute conclusions of law as to which no answer is required. Insofar as an answer is required, the Countrywide Defendants deny that AS 45.45.02 was applicable to Plaintiffs' loan contract with Countrywide Home Loans, Inc.

4. The allegations of the fourth paragraph of the Complaint constitute conclusions of law as to which no answer is required. Insofar as an answer is required, the Countrywide Defendants deny that AS 45.45.030 was applicable to Plaintiffs' loan contract with Countrywide Home Loans, Inc.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Parties**

5.     The Countrywide Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of the first sentence of paragraph 5 of the Complaint.  The allegations of the second sentence of paragraph 5 of the Complaint are admitted.  In response to the third sentence of paragraph 5 of the Complaint, the Countrywide Defendants state that the loan contract speaks for itself and the allegations are otherwise denied.

6.     The Countrywide Defendants admit that Countrywide Home Loans Servicing LP collected a prepayment penalty payment of $6,213.72 from Plaintiffs when they paid off their loan contract in June 2004, but deny that this prepayment penalty was collected by Countrywide Home Loans Inc. and further deny that it was collected in violation of Alaska law.  The Countrywide Defendants are without knowledge or information to form a belief as to the remaining allegations of paragraph 6 of the Complaint.

7.     With respect to the allegations of paragraph 7 of the Complaint, it is admitted that Countrywide Financial Corporation is organized under the laws of Delaware and is the ultimate parent corporation of the other Countrywide Defendants.  It is further admitted that Countrywide Home Loans, Inc. is a non-federally chartered financial institution that engages in, among other things, mortgage financing.  The allegations in the second sentence of paragraph 7 are admitted to the extent that they assert that Countrywide Financial Corporation is the ultimate corporate parent of the other Countrywide Defendants, but denied to the extent that those allegations imply that the separate corporate existence of the other Countrywide Defendants should be disregarded.  Any remaining allegations in paragraph 7 are denied.

8.      The allegations of paragraph 8 of the Complaint are admitted except that Countrywide Home Loans, Inc. states that the laws of Alaska do not require it to be licensed and it is not state-licensed.

9.      The allegation of the first sentence of paragraph 9 of the Complaint is admitted.  The allegations of the second sentence of paragraph 9 of the Complaint are denied.

10.     The allegations of paragraph 10 of the Complaint are admitted.

11.     The allegations of paragraph 11 of the Complaint are admitted.

12.     The allegations of the first sentence of paragraph 12 of the Complaint are admitted as to Countrywide Financial Corporation only.  The remaining allegations of paragraph 12 are denied.

13.     The Countrywide Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13 of the Complaint except that they admit that defendant Land Title Company of Alaska, Inc. served as the closing agent in the May 2003 loan transaction between Plaintiffs and Countrywide Home Loans, Inc..

14.     The allegations of paragraph 14 of the Complaint are denied.

15.     The allegations of paragraph 15 of the Complaint are denied.

**Class Action Allegations**

16.     Paragraph 16 of the Complaint consists of legal characterizations of the proposed class to which no response is required.  To the extent that one is required, the allegations of paragraph 16 are denied.  In particular, the Countrywide Defendants deny that this case is appropriate for certification as a class action.

17.     The allegations of paragraph 17 of the Complaint are denied.

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

18.    The allegations of paragraph 18 of the Complaint are denied.

19.    The allegations of paragraph 19 of the Complaint are denied.

20.    The allegations of paragraph 20 of the Complaint are denied.

21.    The allegations of paragraph 21 of the Complaint are denied.

### Factual Allegations

22.    The Countrywide Defendants admit that there was a prepayment penalty clause in the loan contract that Plaintiffs entered into with Countrywide Home Loans, Inc., that defendant Land Title Company of Alaska, Inc., served as closing agent on the loan, and that certain other loan contracts contain such clauses.   Otherwise, the allegations in paragraph 22 of the Complaint are denied.

23.    The Countrywide Defendants admit that Countrywide Home Loans Servicing LP collected a prepayment penalty payment from these Plaintiffs when they paid off their loan contract in June 2004.  Otherwise, the allegations in paragraph 23 of the Complaint are denied.

24.    The Countrywide Defendants admit that Countrywide Home Loans, Inc. and/or Countrywide Home Loans Servicing LP collected interest payments from Plaintiffs as provided in their loan contract.

25.    The Countrywide Defendants admit that the prepayment penalty clause in the loan contract with Plaintiffs was enforceable and that Countrywide Home Loans Servicing LP requested and received a prepayment penalty payment.   Otherwise, the allegations of paragraph 25 of the Complaint are denied.

26.    The allegations of paragraph 26 of the Complaint are denied.

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

27.    The Countrywide Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 27 of the Complaint.

28.    The Countrywide Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 28 of the Complaint.

29.    The Countrywide Defendants admit that there was a closing on May 12, 2003, in which Plaintiffs signed a thirty (30) year Adjustable Rate Note and related loan documents.  The allegations in the second, third, and fourth sentences of paragraph 29 of the Complaint are admitted.

30.    The allegations of paragraph 30 of the Complaint are admitted.

31.    The allegations of paragraph 31 of the Complaint are admitted.

32.    The allegations of paragraph 32 of the Complaint are admitted.

33.    The allegations of paragraph 33 of the Complaint are admitted.

34.    The allegations of paragraph 34 of the Complaint are admitted.

35.    The allegations of paragraph 35 of the Complaint are admitted.

36.    The allegations of paragraph 36 of the Complaint are admitted.

37.    The allegations of paragraph 37 of the Complaint are admitted.

38.    The Countrywide Defendants admit that Plaintiffs paid interest to Countrywide Home Loans, Inc. and/or Countrywide Home Loans Servicing LP, but deny that the total interest paid was $15,698.39.

39.    The Countrywide Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 39 of the Complaint.

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

40.     The Countrywide Defendants admit that Countrywide Home Loans Servicing LP sent Plaintiffs a Payoff Demand Statement, the terms of which speak for themselves.  All allegations in Paragraph 40 of the Complaint inconsistent therewith are denied.

41.     The Countrywide Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 41 of the Complaint.

42.     The Countrywide Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 42 of the Complaint.

43.     The Countrywide Defendants admit that a prepayment penalty payment was collected and not refunded.  The remaining allegations of paragraph 43 of the Complaint are denied.

### Plaintiffs' First Claim for Relief

44.     The Countrywide Defendants incorporate by reference their answers in paragraphs 1 to 43.

45.     Paragraph 45 of the Complaint sets forth a legal conclusion to which no answer is required.  To the extent that an answer is required, the Countrywide Defendants deny that AS 45.45.010(g) applied to Plaintiffs' loan from Countrywide Home Loans, Inc.

46.     Paragraph 46 of the Complaint sets forth a legal conclusion to which no answer is required.  To the extent that an answer is required, the Countrywide Defendants deny that AS 45.45.020 applied to Plaintiffs' loan from Countrywide Home Loans, Inc.

47.     Paragraph 47 of the Complaint sets forth a legal conclusion to which no answer is required.  To the extent that an answer is required, the Countrywide Defendants deny that AS 45.45.030 applied to Plaintiffs' loan from Countrywide Home Loans, Inc.

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

48.     It is admitted that the Countrywide Home Loans Servicing LP collected a prepayment penalty payment from Plaintiffs. The Countrywide Defendants are without sufficient knowledge and information to form a belief as to the terms in loans for members of the putative class until such time as any class is defined and certified by the Court. Any remaining allegations in paragraph 48 of the Complaint are denied.

49.     It is admitted that the Countrywide Home Loans Servicing LP collected a prepayment penalty payment from Plaintiffs. The Countrywide Defendants are without sufficient knowledge and information to form a belief as to the terms in loans from members of the putative class until such time as any class is defined and certified by the Court. Any remaining allegations in paragraph 49 of the Complaint are denied.

50.     The allegations of paragraph 50 of the Complaint are denied.

51.     The allegations of paragraph 51 of the Complaint are denied.

**Plaintiffs' Second Claim for Relief**

52.     The Countrywide Defendants incorporate by reference their answers in paragraphs 1 to 51.

53.     The Countrywide Defendants admit that Countrywide Home Loans, Inc. entered into a loan contracts with Plaintiffs and other members of the putative class and that such contracts are subject to the laws of Alaska to the extent that such laws apply, are valid, and are not preempted. The Countrywide Defendants deny, however, that the loan contract with Plaintiffs violated any applicable Alaska law.

54.     The allegations of paragraph 54 of the Complaint are denied.

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

55.    The allegations of paragraph 55 of the Complaint are denied.

56.    The allegations of paragraph 56 of the Complaint are denied.

57.    The allegations of paragraph 57 of the Complaint are denied.

### Plaintiffs' Third Claim for Relief

58.    The Countrywide Defendants incorporate by reference their answers in paragraphs 1 to 57.

59.    The allegations of paragraph 59 of the Complaint are denied.

60.    The allegations of paragraph 60 of the Complaint are denied.

61.    The allegations of paragraph 61 of the Complaint are denied.

62.    The allegations of paragraph 62 of the Complaint are denied.

### Plaintiffs' "Fifth [Fourth] Claim for Relief"

63.    The Countrywide Defendants incorporate by reference their answers in paragraphs 1 to 62.

64.    The allegations of paragraph 64 of the Complaint are denied.

65.    The allegations of paragraph 65 of the Complaint are denied.

### Plaintiffs' Fifth Claim for Relief

66.    The Countrywide Defendants incorporate by reference their answers in paragraphs 1 to 65.

67.    The allegations of paragraph 67 of the Complaint set forth a legal conclusion to which no answer is required.  To the extent that an answer is required, the Countrywide Defendants deny that Plaintiffs and members of the putative class are entitled to declaratory relief.

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

68.    The allegations of paragraph 68 of the Complaint set forth a legal conclusion concerning a request for relief for which no answer is required.  To the extent that an answer is required, the Countrywide Defendants deny that Plaintiffs and members of the putative class are entitled to declaratory relief.

### Plaintiffs' Sixth Claim for Relief

69.    The Countrywide Defendants incorporate by reference their answers in paragraphs 1 to 68.

70.    The allegations of paragraph 70 of the Complaint are denied.

71.    The allegations of paragraph 71 of the Complaint are denied.

72.    The allegations of paragraph 72 of the Complaint are denied.

* * * * *

In response to Plaintiffs' Prayer for Relief, the Countrywide Defendants deny that the putative class should be certified, deny that Plaintiffs should be appointed as representatives of the putative class, deny that Plaintiff's counsel should be appointed Class Counsel, and deny that Plaintiffs and the putative class are entitled to any damages, any statutory damages, any punitive damages, any declaratory relief, any injunctive relief, attorneys' fees or other relief.

### DEFENSES AND AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

### SECOND DEFENSE

The limitations on the imposition and collection of prepayment penalties contained in AS 45.45.010(g), AS 45.45.020, and AS 45.45.030 are or were preempted by the Alternative Mortgage Transaction Parity Act of 1982, 12 U.S.C. § 3801 *et seq.*, and the regulations thereunder issued by the Office of Thrift Supervision.

### THIRD DEFENSE

Plaintiff and/or members of the putative class lack standing to pursue these claims.

### FOURTH DEFENSE

Some or all of the claims in the Complaint are barred by the statute of limitations or laches.

### FIFTH DEFENSE

Some or all of the claims in the Complaint are barred, in whole or in part, by the binding, voluntary agreement to the terms and conditions of the transactions at issue entered into by Plaintiff and/or members of the putative class.

### SIXTH DEFENSE

Some or all of the claims in the Complaint are barred, in whole or in part, by the binding, voluntary payment of the sums at issue by Plaintiff and/or members of the putative class.

### SEVENTH DEFENSE

Some or all of the claims in the Complaint are barred by principles of *res judicata*, collateral estoppel, claim preclusion, judgment or similar concepts.

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

## EIGHTH DEFENSE

The Countrywide Defendants hereby plead and rely upon all defenses and exceptions granted by statute, including but not limited to, those granted under AS 45.45.010, AS 45.45.020, and AS 45.45.030.

## NINTH DEFENSE

Some or all of the claims of Plaintiff and putative class members are barred, in whole or in part, by waiver, estoppel, and/or release.

## TENTH DEFENSE

Some or all of the claims of Plaintiff and putative class members are barred, in whole or in part, to the extent they are based on, and/or the damages alleged in the Complaint were caused by, the acts or omissions of third parties not under the control of the Defendant.

## ELEVENTH DEFENSE

This case is not appropriate for certification as a class action, and all class allegations and class claims should be struck or dismissed.

## TWELFTH DEFENSE

Plaintiff has failed to join necessary and/or indispensable parties.

## THIRTEENTH DEFENSE

The Court lacks personal jurisdiction over some or all of the Countrywide Defendants.

## FOURTEENTH DEFENSE

There was lack of service of process or insufficient service of process with respect to some or all of the Countrywide Defendants.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**FIFTEENTH DEFENSE**

The imposition of punitive damages in this matter would violate the United States Constitution or the Alaska Constitution as being either excessive or unconstitutionally vague.

**SIXTEENTH DEFENSE**

Defendant reserves the right to assert any additional defenses and affirmative defenses in response to the Complaint based upon information or knowledge obtained during future discovery or investigation.

Wherefore, the Countrywide Defendants deny that Plaintiffs are entitled to any relief against them, and they demand judgment dismissing the Complaint with prejudice and granting them (1) their costs and attorneys' fees and (2) such other relief as the Court deems appropriate.

DATED this 3rd day of March, 2006.

<div style="text-align: left; margin-left: 40%;">

LANE POWELL LLC
Attorneys for Countrywide Defendants


By:/s/ Brewster H. Jamieson
   Brewster H. Jamieson
   LANE POWELL LLC
   301 W. Northern Lights Blvd., Ste 301
   Anchorage, AK 99503-2648
   Tel: 907-277-9511
   Fax: 907-276-2631
   E-mail: jamiesonb@lanepowell.com
   ASBA 8411122

</div>

I certify that on March 3, 2006, a copy
of the foregoing was served electronically on:

George T. Freeman, Esq.
1152 P Street
Anchorage, AK 99501

Joy Green-Armstrong, Esq.
Vice President of Escrow Operations and Counsel
Land Title Company of Alaska, Inc.
3150 C Street, Suite 200
Anchorage, Alaska 99503-3979

/s/ Brewster H. Jamieson
116589.0063/153915.1

**LANE POWELL** LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631