George T. Freeman
Attorney for Plaintiffs
1152 P Street
Anchorage, Alaska 99501
Tel:   907-274-8497
Fax:   907-274-8497
Email:  gtf@gci.net

George T. Freeman
ATTORNEY AT LAW
1152 P STREET
ANCHORAGE, ALASKA 99501
(907) 274-8497

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| WILLIAM J. HARRIS and TRUDY A. HARRIS, on behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE HOME LOANS SERVICING LP, CTC REAL ESTATE SERVICES, COUNTRYWIDE FINANCIAL CORPORATION, and LAND TITLE COMPANY OF ALASKA, INC.<br><br>Defendants. | Case No. 3:06-CV-00036-TMB |

## STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT LAND TITLE COMPANY OF ALASKA, INC. REGARDING FILING OF ANSWER

WILLIAM J. HARRIS and TRUDY A. HARRIS, through their counsel, and

Defendant Land Title Company of Alaska, Inc. ("Land Title"), through its counsel,

hereby stipulate and agree that Defendant Land Title does not have to file an answer to

the complaint until and unless requested by the Plaintiffs.   Land Title has been served with a copy of the class action complaint.   At this time it appears that this action may be dismissed by stipulation or motion that meets the requirements of the Federal Rule of Civil Procedure on class actions and Plaintiffs do not want Defendant Land Title to incur unnecessary attorney fees and costs while the issues on that matter are worked out by opposing counsel for the Plaintiffs and the other defendants.

DATED this _____ day of May 2006.

> GEORGE T. FREEMAN
> Attorney for Plaintiffs
> s/George T. Freeman
> 1152 P Street
> Anchorage, Alaska 99501
> Tel:    907-274-8497
> Fax:   907-274-8497
> Email: gtf@gci.net
> Alaska Bar No. 7806039

DATED this _____ day of May 2006.

> Joy Green-Armstrong
> Vice President of Escrow
> Operations/Counsel
> Land Title Co. of Alaska, Inc.
> 3150 C Street, Ste. 320
> Anchorage, Alaska 99503
> Tel: 563-5263
> Fax: 561-4876
> Email: ja@landtitlealaska.com
> CT Bar No. 418232

George T. Freeman
ATTORNEY AT LAW
1152 P STREET
ANCHORAGE, ALASKA 99501
(907) 274-8497

2

Stipulation between Plaintiffs and Defendant Land Title
Regarding the Filing of an Answer
Harris v. Countrywide Home Loans, Inc., et al., Case No. 3:06-CV-00036-TMB

CERTIFICATE OF SERVICE

I certify that on this _9th_ day
of May 2006, the foregoing document
was served electronically on :

Brewster Jamison
LANE POWELL LLC
301 w. Northern Lights Blvd., Ste 301
Tel:    907-277-9511
Fax:    907-276-2631
Email:  jamisonb@lanepowell.com
Alaska Bar No. 8411122

Joy Green-Armstrong
Vice President of Escrow
Operations/Counsel
Land Title Co. of Alaska, Inc.
3150 C Street, Ste. 320
Anchorage, Alaska 99503
Tel: 563-5263
Fax: 561-4876
Email: ja@landtitlealaska.com
CT Bar No. 418232


s/ George T. Freeman

George T. Freeman
ATTORNEY AT LAW
1152 P STREET
ANCHORAGE, ALASKA 99501
(907) 274-8497

3

Stipulation between Plaintiffs and Defendant Land Title
Regarding the Filing of an Answer
Harris v. Countrywide Home Loans, Inc., et al., Case No. 3:06-CV-00036-TMB