George T. Freeman
Attorney for Plaintiffs
1152 P Street
Anchorage, Alaska 99501
Tel:   907-274-8497
Fax:   907-274-8497
Email:  gtf@gci.net

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM J. HARRIS and TRUDY A. HARRIS, on behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE HOME LOANS SERVICING LP, CTC REAL ESTATE SERVICES, COUNTRYWIDE FINANCIAL CORPORATION, and LAND TITLE COMPANY OF ALASKA, INC.<br><br>Defendants. | Case No. 3:06-CV-00036-TMB |

**PROPOSED ORDER ON STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT LAND TITLE COMPANY OF ALASKA, INC. REGARDING FILING OF ANSWER**

WILLIAM J. HARRIS and TRUDY A. HARRIS, through their counsel, and

Defendant Land Title Company of Alaska, Inc. ("Land Title"), through its counsel, have

stipulated and agreed that Defendant Land Title does not have to file an answer to the complaint until and unless requested by the Plaintiffs.

IT IS SO ORDERED.

DATED this _____ day of May 2006.

_____
Honorable Timothy M. Burgess
United States District Court Judge
For the District of Alaska

2
Proposed Order on Stipulation between Plaintiffs and Defendant Land Title
Regarding the Filing of an Answer
*Harris v. Countrywide Home Loans, Inc., et al.*, Case No. 3:06-CV-00036-TMB