George T. Freeman
Attorney for Plaintiffs
1152 P Street
Anchorage, Alaska 99501
Tel:   907-274-8497
Fax:   907-274-8497
Email:  gtf@gci.net

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM J. HARRIS and TRUDY A. HARRIS, on behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE HOME LOANS SERVICING LP, CTC REAL ESTATE SERVICES, COUNTRYWIDE FINANCIAL CORPORATION, and LAND TITLE COMPANY OF ALASKA, INC.<br><br>Defendants. | Case No. 3:06-CV-00036-TMB |

### NOTICE OF FILING PROOFS OF SERVICE

WILLIAM J. HARRIS and TRUDY A. HARRIS, through their counsel, hereby file this Notice with the attached Exhibit 1 through Exhibit 5 to establish that Service was filed on each defendant in this matter in accordance with the Rules of Civil

Procedure. Service was achieved by certified mail on some defendants and personal service on other defendants as reflected in each Exhibit.

DATED this 9th day of May 2006.

GEORGE T. FREEMAN
Attorney for Plaintiffs

s/George T. Freeman
1152 P Street
Anchorage, Alaska 99501
Tel: 907-274-8497
Fax: 907-274-8497
Email: gtf@gci.net
Alaska Bar No. 7806039

CERTIFICATE OF SERVICE

I certify that on this 9th day
of May 2006, the foregoing document
was served electronically on :

Brewster Jamison
LANE POWELL LLC
301 w. Northern Lights Blvd., Ste 301
Tel:     907-277-9511
Fax:    907-276-2631
Email:  jamiesonb@lanepowell.com
Alaska Bar No. 8411122

Joy Green-Armstrong
Vice President of Escrow
Operations/Counsel
Land Title Co. of Alaska, Inc.
3150 C Street, Ste. 320
Anchorage, Alaska 99503
Tel: 563-5263
Fax: 561-4876
Email: ja@landtitlealaska.com
CT Bar No. 418232

s/ George T. Freeman