| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*  L Lear

B. Date of Delivery

C. Signature  X  L Lear   ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Prentice Hall Corp. Sys.
Reistered Agent for
Countrywide Home Loans, Inc.
801 West 10th St. Ste. 300
Juneau, Alaska 99801

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number *(Copy from service label)*

7004 0550 0001 0150 0879

PS Form 3811, July 1999      Domestic Return Receipt      102595-99-M-1789

EXHIBIT 2 Page 1 of 1