| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*  L. Lear    B. Date of Delivery  1/24<br><br>C. Signature  X _L. Lear_   ☐ Agent  ☐ Addressee<br><br>D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |

1. Article Addressed to:

Prentice Hall Corp. Sys.
Reg. Agent for CTC Real
Estate Services, Inc.
801 West 10th Street,
            Suite 300
Juneau, Alaska 99801

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number *(Copy from service label)*

7004 0550 0001 0150 0848

PS Form 3811, July 1999        Domestic Return Receipt        102595-99-M-1789

EXHIBIT 3 Page 1 of 1