POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| GEORGE T. FREEMAN<br>ATTORNEY AT LAW<br>1152 P STREET<br>ANCHORAGE, ALASKA 99501<br>TELEPHONE NO.: 907-274-8497   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* PLAINTIFF | |

SUPERIOR COURT
STREET ADDRESS: FOR THE STATE OF ALASKA
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME: THIRD JUDICIAL DISTRICT

| PLAINTIFF/PETITIONER: HARRIS, WILLIAM J. ET AL | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: COUNTRYWIDE HOME LOANS INC., ET AL | 3AN-05-14053 CI |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* NOTICE OF CASE ASSIGNMENT

3. a. Party served *(specify name of party as shown on documents served):*
   COUNTRYWIDE HOME LOANS SERVICING LP

   b. Person served: ☑ party in item 3a   ☐ other *(specify name and relationship to the party named in item 3a):*
   BY SERVING KATHERINE HAUSE LITIGATION SPECIALIST AND AGENT FOR SERVICE

4. Address where the party was served: 5220 LAS VIRGENES RD., CALABASAS, CA 91302

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):* 1-31-06   (2) at *(time):* 3:00 P. M.
   b. ☐ **by substituted service.** On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating a[c]   ervice.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. July 1, 2004]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

American LegalNet, Inc.
www.USCourtForms.com

EXHIBIT 4   Page 1 of 2

| PLAINTIFF/PETITIONER: HARRIS, WILLIAM J. ET AL | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: COUNTRYWIDE HOME LOANS INC., ET AL | 3AN-05-14053 CI |

c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                                    (2) from *(city):*

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me.  *(Attach completed Notice and Acknowledgment of Receipt.)* (Code Civ. Proc., § 415.30.)

   (4) [ ] to an address outside California with return receipt requested.  (Code Civ. Proc., § 415.40.)

d. [ ] **by other means** *(specify means of service and authorizing code section):*

[ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [✔] On behalf of *(specify):* COUNTRYWIDE HOME LOANS SERVICING LP
      under the following Code of Civil Procedure section:

   [ ] 416.10 (corporation)                   [ ] 415.95 (business organization, form unknown)
   [ ] 416.20 (defunct corporation)           [ ] 416.60 (minor)
   [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
   [ ] 416.40 (association or partnership)     [ ] 416.90 (authorized person)
   [ ] 416.50 (public entity)                 [ ] 415.46 (occupant)
                                              [✔] other: LP

7. **Person who served papers**
   a. Name: EDWARD M. ESSA
   b. Address: 441 N. CITRUS AVENUE, LOS ANGELES, CA 90036
   c. Telephone number: (323) 934-5552
   d. **The fee** for service was: $ 55.
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [✔] registered California process server:
         (i) [ ] owner [ ] employee [ ] independent contractor.
         (ii) Registration No.: 2164
         (iii) County: LOS ANGELES

8. [✔] **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**
   or
9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 1-31-06

EDWARD M. ESSA
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                         (SIGNATURE )

EXHIBIT 4 Page 2 of 2