**POS-010**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>GEORGE T. FREEMAN<br>ATTORNEY AT LAW<br>1152 P STREET<br>ANCHORAGE, ALASKA 99501<br>TELEPHONE NO.: 907-274-8497   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* PLAINTIFF | FOR COURT USE ONLY |

SUPERIOR COURT
STREET ADDRESS: FOR THE STATE OF ALASKA
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME: THIRD JUDICIAL DISTRICT

| | |
|---|---|
| PLAINTIFF/PETITIONER: HARRIS, WILLIAM J. ET AL | CASE NUMBER:<br>3AN-05-14053 CI |
| DEFENDANT/RESPONDENT: COUNTRYWIDE HOME LOANS INC., ET AL | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* NOTICE OF CASE ASSIGNMENT

3. a. Party served *(specify name of party as shown on documents served):*
   COUNTRYWIDE FINANCIAL CORPORATION

   b. Person served: ☑ party in item 3a  ☐ other *(specify name and relationship to the party named in item 3a):*
   BY SERVING KATHERINE HAUSE LITIGATION SPECIALIST AND AGENT FOR SERVICE

4. Address where the party was served: 5220 LAS VIRGENES RD., CALABASAS, CA 91302

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 1-31-06   (2) at *(time):* 3:00 P. M.
   b. ☐ **by substituted service.** On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

American LegalNet, Inc.
www.USCourtForms.com

EXHIBIT 5 Page 1 of 2

| PLAINTIFF/PETITIONER: HARRIS, WILLIAM J. ET AL | CASE NUMBER: |
| DEFENDANT/RESPONDENT: COUNTRYWIDE HOME LOANS INC., ET AL | 3AN-05-14053 CI |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*           (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.) *(Code Civ. Proc., § 415.30.)*

   (4) ☐ to an address outside California with return receipt requested. *(Code Civ. Proc., § 415.40.)*

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):* COUNTRYWIDE FINANCIAL CORPORATION
    under the following Code of Civil Procedure section:

    ☑ 416.10 (corporation)         ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)   ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)         ☐ 415.46 (occupant)
                         ☐ other:

7. **Person who served papers**
  a. Name: EDWARD M. ESSA
  b. Address: 441 N. CITRUS AVENUE, LOS ANGELES, CA 90036
  c. Telephone number: (323) 934-5552
  d. The fee for service was: $ 55.
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
      (i) ☐ owner ☐ employee ☐ independent contractor.
      (ii) Registration No.: 2164
      (iii) County: LOS ANGELES

8. ☑ I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 1-31-06

EDWARD M. ESSA                     _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)   (SIGNATURE )

      **PROOF OF SERVICE OF SUMMONS**      Page 2 of 2

EXHIBIT 5 Page 2 of 2