George T. Freeman
Attorney for Plaintiffs
1152 P Street
Anchorage, Alaska 99501
Tel:    907-274-8497
Fax:    907-274-8497
Email:  gtf@gci.net

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM J. HARRIS and TRUDY A. HARRIS, on behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE HOME LOANS SERVICING LP, CTC REAL ESTATE SERVICES, COUNTRYWIDE FINANCIAL CORPORATION, and LAND TITLE COMPANY OF ALASKA, INC.<br><br>Defendants. | Case No. 3:06-CV-00036-TMB |

## STATUS REPORT

WILLIAM J. HARRIS and TRUDY A. HARRIS, through their counsel, hereby file this status report as requested by the Court in its May 10, 2006 Order

(Docket 14). Plaintiffs have conferred with opposing counsel for the Countrywide defendants and advised him that plaintiffs will be filing this status report.

This putative class action focuses on the issue of prepayment penalties in mortgages. Alaska statute prohibits prepayment penalties on certain mortgages. In May 2003 plaintiffs' closed a mortgage and adjustable rate note transaction with the Countrywide defendants that included a prepayment penalty. Since the mortgage note involved an adjustable rate mortgage, the Countrywide defendants contend that federal regulation in 12 CFR 560.220 provides an exemption for the transaction. Plaintiffs were aware of this regulation but believed that the Office of Thrift Supervision had withdrawn the prior exemption rule effective in early 2003. The Countrywide defendants have pointed out, however, that the effective date of the revision of 12 CFR 560.220 was actually extended to July 1, 2003, which was after the closing of plaintiffs' transaction. Plaintiffs were unaware of this extension of the effective date. Thus, the Countrywide defendants contend that plaintiffs' transaction is covered by the exemption.

As a result, plaintiffs are considering a stipulation to dismiss this class action without prejudice to other potential class members. Also, since this is a class action, the Court will have to review whether other potential class members are adversely affected by a dismissal. This may require a representation from Countrywide that they stopped doing prepayment penalties in Alaska after July 1, 2003, which appears to require the review of some records.

Plaintiffs' counsel started drafting correspondence and the proposed stipulation on this subject but has not yet been able to distribute the draft.    These issues should be addressed during the week of June 12, 2006 or shortly thereafter.

In addition, in view of the above, plaintiffs do not believe the title company defendant should be required to incur the expense of filing an answer at this time and instead respectfully request that they be allowed to go forward with the potential dismissal process.  The title company defendant only faces proposed injunctive relief remedies and these issues would be mooted if the plaintiffs and the Countrywide defendants are able to reach a consensus on the dismissal issues.

Finally, plaintiffs' counsel apologizes to the Court for not being able to address this matter sooner.   Plaintiffs' counsel participated in a jury trial in May and since then has been winding up the aftermath of the trial and attending to several matters such as this matter.

DATED this 9th day of June 2006.

GEORGE T. FREEMAN
Attorney for Plaintiffs

s/George T. Freeman
1152 P Street
Anchorage, Alaska 99501
Tel:   907-274-8497
Fax:   907-274-8497
Email: gtf@gci.net
Alaska Bar No. 7806039

CERTIFICATE OF SERVICE

I certify that on this 9th day
of June 2006, the foregoing document
was served electronically on :

Brewster Jamison
LANE POWELL LLC
301 w. Northern Lights Blvd., Ste 301
Tel:     907-277-9511
Fax:     907-276-2631
Email:   jamiesonb@lanepowell.com
Alaska Bar No. 8411122

Joy Green-Armstrong
Vice President of Escrow
Operations/Counsel
Land Title Co. of Alaska, Inc.
3150 C Street, Ste. 320
Anchorage, Alaska 99503
Tel: 563-5263
Fax: 561-4876
Email: ja@landtitlealaska.com
CT Bar No. 418232

s/ George T. Freeman