George T. Freeman
Attorney for Plaintiffs
1152 P Street
Anchorage, Alaska 99501
Tel:   907-274-8497
Fax:   907-274-8497
Email:  gtf@gci.net

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM J. HARRIS and TRUDY A. HARRIS, on behalf of Themselves and All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br>COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE HOME LOANS SERVICING LP, CTC REAL ESTATE SERVICES, COUNTRYWIDE FINANCIAL CORPORATION, and LAND TITLE COMPANY OF ALASKA, INC.<br><br>            Defendants. | Case No. 3:06-CV-00036-TMB |

## STATUS REPORT

WILLIAM J. HARRIS and TRUDY A. HARRIS, through their counsel, hereby file this status report as requested by the Court in its July 27, 2006 order (Docket 16).  Plaintiffs have conferred with the office of the opposing counsel for the

Countrywide defendants and advised him that Plaintiffs will be filing this status report.

Since the prior status report, Plaintiff provided the primary defendant with a letter and a proposed stipulation on the dismissal of the class action without prejudice. The prior status report set forth the reasons for this procedure. Counsel for the Countrywide defendants needs to obtain an attestation from his clients that they stopped doing prepayment penalties in Alaska after the effective date of the new federal regulation and indicate whether the proposed stipulation is acceptable. Plaintiffs counsel understands that Countrywide's counsel is in the process of conferring with his clients about this matter in connection with the dismissal of the class action. Also, in the interim, Plaintiff believes that the title company defendant should not be required to incur the expense of filing an answer.

DATED this 31st day of July 2006.

> GEORGE T. FREEMAN
> Attorney for Plaintiffs
>
> s/George T. Freeman
> 1152 P Street
> Anchorage, Alaska 99501
> Tel:   907-274-8497
> Fax:   907-274-8497
> Email: gtf@gci.net
> Alaska Bar No. 7806039

CERTIFICATE OF SERVICE

I certify that on this 31st day of July 2006, the foregoing document was served electronically on :

Brewster Jamison
LANE POWELL LLC
301 w. Northern Lights Blvd., Ste 301
Tel:    907-277-9511
Fax:    907-276-2631
Email:  jamiesonb@lanepowell.com
Alaska Bar No. 8411122

Joy Green-Armstrong
Vice President of Escrow Operations/Counsel
Land Title Co. of Alaska, Inc.
3150 C Street, Ste. 320
Anchorage, Alaska 99503
Tel: 563-5263
Fax: 561-4876
Email: ja@landtitlealaska.com
CT Bar No. 418232

s/ George T. Freeman