Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for CTC Real Estate and Countrywide Defendants ion

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

WILLIAM HARRIS and TRUDY HARRIS,

Plaintiffs,

v.

COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE HOME LOANS SERVICING LP, CTC REAL ESTATE SERVICES, COUNTRYWIDE FINANCIAL CORPORATION, and LAND TITLE COMPANY OF ALASKA, INC.,

Defendants.

Case No. 3:06-cv-00036-TMB

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

COME NOW, the parties, by and through their respective counsel, pursuant to Rule 41(a)(1)(ii) of the Fed. R. Civ. P., and stipulate that this action may be dismissed without prejudice, with each of the parties to bear their own costs and attorney's fees. In accordance with Rule 41(a)(1)(i), such dismissal shall be effective upon filing of this stipulation and without further order of court.

August 25, 2006
Date

GEORGE T. FREEMAN
Attorney for Plaintiffs

By: ______________________
George T. Freeman, ASBA No. 7806039
1152 P Street
Anchorage, Alaska 99501-4278
Tel: 907-274-8497
Fax: 907-274-8497
Email gtf@gci.net

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

LANE POWELL LLC
Attorneys for CTC Real Estate and Countrywide Defendants

7/31/06
Date

By ______________________
Brewster H. Jamieson, ASBA No. 8411122
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
Email: jamiesonb@lanepowell.com

8/29/06
Date

By ______________________
Joy-Green Armstrong, Esq.
Land Title Company of Alaska, Inc.
3150 C Street, Suite 200
Anchorage, Alaska 99503-3979
CT Bar No. 418232

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631